UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| SRE REAL ESTATE, LLC, a South Dakota Limited Liability Company; and DICK AND JANE'S OF STURGIS, LLC, a South Dakota Limited Liability Company, | ) ) ) ) ) | CIV. 10-5064-JLV |
| | ) | JUDGMENT OF DISMISSAL |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| CITY OF STURGIS, a Municipal Corporation, | ) ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| STATE OF SOUTH DAKOTA, | ) ) | |
| Intervenor. | ) | |

Pursuant to the parties' stipulation for dismissal (Docket 144) and upon notice from counsel, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed in its entirety with prejudice and without costs to any party.

Dated January 13, 2014.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE